IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>goharalirajput@yahoo.com stored at premises owned, maintained, controlled, or operated<br>by Oath Holdings Inc. | 8:20MJ159<br>8:20MC59<br><br>MOTION TO UNSEAL |

COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests this Court issue an Order to unseal the Application and Affidavit for a Search Warrant, Search and Seizure Warrant, and the Application and Order for Non-Disclosure with Return and Inventory Receipt in the above-captioned matter.

UNITED STATES OF AMERICA,
Plaintiff

JAN W. SHARP
Acting United States Attorney

By: _____
THOMAS J. KANGIOR
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700